**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

ZAMBEZIA FILM (PTY,) LTD,
a Republic of South Africa Corporation,

      Plaintiff,

**STATUS REPORT**

      COMES NOW Plaintiff, Zambezia Film (PTY,) LTD, ("Plaintiff" or "Zambezia"), by its attorneys, Brown & Kannady, LLC, and submits the following status report to inform the Court of the status of service in:

      **Civil Action No. 13-CV-00339**: Plaintiff issued subpoenas to CenturyLink Inc. and Comcast Cable Communications Management, LLC on April 12, 2013. CenturyLink Inc. produced documents as requested, on May 9, 2013. Comcast Cable Communications Management, LLC produced documents as requested on May 28, 2013.

      **Civil Action No. 13-CV-00342**: Plaintiff issued subpoenas to CenturyLink Inc on April 12, 2013. CenturyLink Inc. produced documents as requested, on May 9, 2013.

      **Civil Action No. 13-CV-00377**: Plaintiff issued subpoenas to CenturyLink Inc. and Comcast Cable Communications Management, LLC on April 12, 2013. CenturyLink Inc. produced documents as requested on May 9, 2013. Comcast Cable Communications Management, LLC has requested additional time to produce documents.

      **Civil Action No. 13-CV-00378**: Plaintiff issued subpoenas to CenturyLink Inc., Comcast Cable Communications Management, LLC, FDCServers.net, LLC, Level 3 Communications, LLC and XO Communications Services, LLC on April 12, 2013. CenturyLink Inc. produced documents as requested on May 9, 2013. Comcast Cable Communications Management, LLC has requested additional time to produce documents. Level 3 Communications, LLC produced the records requested on May 12, 2013. XO Communications Services, LLC Produced the requested records on May 9, 2013.

      **Civil Action No. 13-CV-00392**: Plaintiff issued subpoenas to CenturyLink Inc., Comcast Cable Communications Management, LLC, Eagle Communications, Inc. and NE COLORADO CELLULAR, INC. on April 5, 2013. No records have been produced for this case at this time.

      **Civil Action No. 13-CV-00395**: Plaintiff issued subpoenas to CenturyLink Inc., Comcast Cable Communications Management, LLC, Optimum Online/Bresnan Communications and

FDCServers.net LLC on March 13, 2013.  CenturyLink, Inc. produced documents as requested on May 9, 2013.  No other records have been received at this time.

**Civil Action No. 13-CV-00396**: Plaintiff issued subpoenas to CenturyLink Inc. and Comcast Cable Communications Management, LLC on April 3, 2013.  CenturyLink, Inc. produced documents as requested on May 9, 2013.  Comcast Cable Communications Management, LLC produced the requested records on May 28, 2013.

Respectfully submitted this 6th day of June, 2013.

                                BROWN & KANNADY, LLC

                                /s/ Scott T. Kannady
                                Scott T. Kannady, No. 29995
                                2000 South Colorado Blvd., Suite 2-610
                                Denver, CO 80222
                                Phone:  (303) 757-3800
                                Fax:  (303) 757-3815
                                E-mail:  scott@brownlegal.com

                                ATTORNEYS FOR PLAINTIFF
                                Zambezia Film (Pty) Ltd.
                                Dreyersdal Farm, Dreyersdal Farm Road, Bergvliet, Cape Town, South Africa

## **CERTIFICATE OF SERVICE**

I hereby certify that on 6th day of June, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

By: /s/ Maegan M. Stevens  
Maegan M. Stevens, Paralegal  
Brown & Kannady, LLC